

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00635-CV

**IN THE INTEREST OF L.S-F.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00054
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: November 12, 2025

DISMISSED FOR LACK OF JURISDICTION

On October 3, 2025, Appellant Jason Saint-Fleur filed a notice of appeal, stating that he intends to appeal from an order denying his motion for summary judgment, which was signed on September 11, 2025. The clerk's record reflects that on October 13, 2025, appellant filed a motion to set the underlying cause for a final hearing on the merits. As the underlying cause has not yet proceeded to a final hearing on the merits, there is no final judgment.

"Courts of appeals generally have appellate jurisdiction only over final judgments." *Rush Truck Ctrs. of Tex., L.P. v. Sayre*, 718 S.W.3d 233, 237 (Tex. 2025) (citing *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001)). Interlocutory orders may be appealed only if a specific statute authorizes such an interlocutory appeal. *See id*. In his notice of appeal, appellant did not

cite any statutory authority that would permit an interlocutory appeal. Therefore, on October 24, 2025, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant has filed a written response, agreeing that we lack jurisdiction over this appeal.

This appeal is dismissed for lack of jurisdiction.

PER CURIAM